```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CHRISTOPHER E. BROWN,                         :
an individual,                                :
                                              :
            Plaintiff,                        :
vs.                                           :
                                              :    Case No: 2:22-cv-03157-JMA-AYS
GLEN COVE RESTAURANT LLC,                     :
a New York Limited Liability Company,         :
and                                           :
MEGA BURGERS II CORP.,                        :
a New York Corporation,                       :
                                              :
            Defendants.                       :
------------------------------------------------------------x
```

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendants, hereby file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case, including all claims and cross-claims. The parties are currently in the process of finalizing their agreement and obtaining client signatures. The parties further request that all hearings, including the upcoming initial conference, and deadlines be adjourned while they finalize their agreement.

Respectfully submitted,                             Respectfully submitted,

*/s/ Louis I. Mussman         .*                   */s/ Michael Sepe         .*
Louis I. Mussman (5536685)                          Michael Sepe, Esq.
Ku & Mussman, P.A.                                  Beth Ann Schultz, Esq.
18501 Pines Blvd, Suite 209-A                       41 Front Street, Second Floor
Pembroke Pines, FL 33029                            Rockville Centre, New York 11570
Tel: (305) 891-1322                                 Tel: (516) 766-0477
louis@kumussman.com                                 ms@sepelaw.com
*Attorneys for Plaintiff*                           *Attorneys for Defendant*
                                                    *Mega Burgers II Corp.*

Respectfully submitted,

*/s/ Alicia Valenti* .
Alicia Valenti, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, New York, 10020
Tel: 212.785.9100
Fax: 212.785.9099
av@pwlawyers.com
*Attorneys for Defendant Glen Cove Restaurant LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of September, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system with a copy delivered through electronically to the following attorneys of record:

Alicia Valenti, Esq.
Paduano & Weintraub LLP
1251 Avenue of the Americas, 9th Floor
New York, New York, 10020
av@pwlawyers.com

Michael Sepe, Esq.
Beth Ann Schultz, Esq.
41 Front Street, Second Floor
Rockville Centre, New York 11570
ms@sepelaw.com

By: /s/ Louis Mussman
    Louis I. Mussman, Esq.